# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.

v.

Jeffery Girard

CITATION/CASE NO. 6:09-mj-0199-YNP

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____

_____  _____  _____
City                State              Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____   _____
                                Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(X) **FINE** of $ 470.00          (X) **Penalty ASSESSMENT** of $ 30.00
( ) **PROCESSING Fee** of $ _____    for a **TOTAL AMOUNT** of $ 500.00 ,

paid within _____ days / months   OR payments of $ _____ per month, commencing
_____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(X) PROBATION to be (unsupervised) supervised for: 12 months. Terms and conditions: Obey all laws, pay fine as ordered by Court.
_____

Payments **must** be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU | CLERK, U.S.D.C. | CLERK, U.S.D.C.
PO Box 70939 | 501 'I' St., #4-200 | 2500 Tulare St., Rm 1501
Charlotte, NC 28272-0939 | Sacramento, CA 95814 | Fresno, CA 93721
1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 09/09/09          _____
                                    U.S. MAGISTRATE JUDGE

1) Page 1 - Clerk's Office; 2) Page 2 & 3 - for defendant                    EDCA - Rev 3/2007